IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. 00-00187HG |
|---|---|---|
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| ALMA OLVERA (13) and EMILIO OLVERA (14), | ) | |
| Defendants. | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government's Trial Exhibits.

DATED: Honolulu, Hawaii, _____8/30/06_____.

_____/s/ Pat Redondo_____
Signature

Attorney for: UNITED STATES OF AMERICA