

**PRESORTED FIRST CLASS**

JE MAYLA BLAKLEY ESQ
700 RICHARDS ST STE 808
HONOLULU HI 96813

BLAK700  96013308 1905 16 10/28/06
FORWARD TIME EXP RTN TO SEND
BLAKLEY JANE E MAYLA
PO BOX 783
KIHEI HI 96753-0783

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS
RETURN SERVICE REQUESTED

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 31 2006
DISTRICT OF HAWAII




# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 25, 2006

David R. Bires, Esq.
JP Morgan Chase Bldg
712 Main St., 31st Flr
Houston, TX 77002

<u>CR. 01-00187HG U.S.A. vs. (13) ALMA OLEVERA</u>

Dear Mr. Bires,

You represented the defendant on appeal in the above-captioned case. The case has been terminated.

Do you wish to have the exhibits returned to you? Please respond as soon as possible but no later than November 10, 2006.   Several telephone messages to you have not been returned.

Very truly yours,

Sue Beitia, Clerk

By


David H. Hisashima,
Courtroom Manager to
   Chief Judge Helen Gillmor



## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 5, 2006

J. E. Mayla Blakley, Esq.
700 Richards Street, Ste 808
Honolulu, HI 96813

Re: Cr. 00-00187HG-BMK
U.S.A. vs. ALMA OLVERA, et al.

Dear Ms. Blakley,

I am David H. Hisashima, Courtroom Manager to Chief Judge Helen Gillmor.

I tried calling you by dialing the telephone number (599-1494) listed in the 2005-2006 Annual Directory - Hawaii State Bar Association and received a message that the number was not in service at this time. I also tried e-mailing you at "mayla @lava.net and received a Delivery Failure Report.

Please call me at 541-3085. I want to return Defendant Alma Olvera's trial exhibits in the above-captioned case.

Thank you.

Very truly yours,

David H. Hisashima,
Courtroom Manager

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALMA OLEVERA (13), )<br>)<br>Defendant. )<br>_____ ) | CR. 00-00187HG-(13)<br><br><br><br>RECEIPT FOR EXHIBITS |

A letter (attached), dated September 5, 2006, was mailed to J.E. Mayla Blakeley, Esq., the Defendant's trial attorney, regarding the trial exhibits. The letter was unclaimed and returned to the court on October 31, 2006.

Another letter (attached), dated October 25, 2006, was mailed to David R. Bires, Esq. the Defendant's appeal lawyer, regarding the trial exhibits. This letter, among other things, requested that he respond by November 10, 2006. As of November 15, 2006, Mr. Bires has not responded. He also has not returned numerous telephone calls to his office.

The Defendant's trial exhibits have been destroyed on November 15, 2006.

Submitted by: David H. Hisashima, Courtroom Manager

